

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2021

No. 04-20-00146-CV

The Most Reverend Wm. Michael **MULVEY**, S.T.L., D.D. Bishop of Corpus Christi
(Appellant/Cross-Appellee),
Appellant

v.

**BAY, LTD**. (Appellee/Cross-Appellant),
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-09-51494-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellee/Cross-appellant's Motion for Extension of time to File a Motion for Rehearing and Motion for Extension of Time to File a Motion for En Banc Reconsideration are hereby GRANTED. The appellee/cross-appellant's motion for rehearing and motion for en banc reconsideration are due on or before August 30, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2021.

_____
Michael A. Cruz,
Clerk of Court